**Fill in this information to identify the case:**

Debtor 1: Willie Leamon Perkins

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle    District of Georgia
                                                              (State)

Case number: 16-30669

# Form 4100R
# Response to Notice of Final Cure Payment     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 9 9 4 8

**Property address:** 1081 Hanson Rd
Number    Street

_____

Greensboro, GA 30642
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08 / 24 / 2020
                                                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
                                                MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Willie Leamon Perkins | Case number *(if known)* | 16-30669 |
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Michelle R. Ghidotti-Gonsalves
Signature

Date 08/20/2020

Print: Michelle R. Ghidotti-Gonsalves
First Name   Middle Name   Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1920 Old Tustin Ave.
Number   Street

Santa Ana, CA  92705
City   State   ZIP Code

Contact phone (949) 427 – 2010

Email: bknotifications@ghidottiberger.com

Form 4100R    **Response to Notice of Final Cure Payment**    page **2**

**CERTIFICATE OF SERVICE**

On August 20, 2020, I served the foregoing documents described as Response to Notice of Final Cure on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Darrell L. Burrow			court@legalatlanta.com

TRUSTEE
Camille Hope			docomt@chapter13macon.com

US TRUSTEE
US Trustee			Ustp.region21.mc.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll

On August 20, 2020, I served the foregoing documents described as Response to Notice of Final Cure on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| Debtor<br>Willie Leamon Perkins<br>1081 Hanson Rd<br>Greensboro, GA 30642 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll